UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| *Atlas Material Testing Technology, LLC, et al.,* <br> *Plaintiffs,* <br><br> *v.* <br><br> *XPO Logistics Freight, Inc., et al.,* <br> *Defendants.* | Civil Action No.: 18-CV-00531-PB <br><br> **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

_____

COME NOW the Plaintiffs and XPO Logistics Freight, Inc., and for their Stipulation of Dismissal Pursuant to Rule of Civil Procedure 41, state as follows:

1. The Parties file this Stipulation pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

2. The Parties agree that the Plaintiffs' Complaint may be dismissed with prejudice, each party bearing its own fees and costs.

WHEREFORE the Parties respectfully request that this Honorable Court:

A. GRANT this Stipulation of Dismissal; and

B. Grant all further relief that this Honorable Court deems just and proper.

| | |
|---|---|
| Dated: May 29, 2019 | Respectfully submitted,<br>Atlas Material Testing Technologies, LLC<br>and National Union Fire Insurance Co.,<br>Pittsburgh,<br>By, The Law Offices of<br>Martin & Hipple, PLLC |
| | _/s/Stephen T. Martin_<br>Stephen T. Martin, Esq.<br>22 Bridge Street; Suite 3<br>Concord, NH 03301<br>603-856-0202 (Ext. 1)<br>smartin@nhlegalservices.com<br>NH Bar#: 19567 |
| Dated: May 29, 2019 | XPO Logistics Freight, Inc.,<br>By, Getman, Schulthess, Steere & Poulin, P.A. |
| | _/s/Clara E. Lyons_<br>Clara E. Lyons, Esq.<br>1838 Elm Street<br>Manchester, NH 03104<br>603-634-4300<br>clyons@gssp-lawyers.com<br>NH Bar#: 20054 |

## CERTIFICATE OF SERVICE

COMES NOW Attorney Stephen T. Martin, Counsel for the Plaintiff, and hereby certifies that I have caused a copy of the foregoing to be served upon all counsel of record using this Court's CM/ECF system.

Dated: May 29, 2019         _/s/Stephen T. Martin_
                            Stephen T. Martin, Esq.